UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LOUDO TRAILER, INC., et al.,

      Plaintiffs,

v.                                        Case No. 5:07-cv-405-T-24GRJ

BRAY TRAILERS, INC., et al.,

      Defendants.
_____/

**ORDER**

On January 12, 2010, the parties reached a full settlement of all the claims in this case, the terms of which were stated on the record in open court. Pursuant to that settlement, this case is hereby **DISMISSED WITH PREJUDICE**. The Court retains jurisdiction to enforce the terms of the settlement until **April 12, 2011.** The Clerk is directed to close this case.

**DONE AND ORDERED** at Tampa, Florida, this 12th day of January, 2010.

                                                          SUSAN C. BUCKLEW
                                                          United States District Judge

Copies to:
Counsel of Record